# Court of Appeals
# of the State of Georgia

ATLANTA,  February 18, 2026

*The Court of Appeals hereby passes the following order:*

**A26A1093. DEVONA GLASS v. SYNOVUS BANK.**

On February 5, 2026, Appellant Devona Glass was ordered to file her appellate brief containing an enumeration of errors on or before February 13, 2026. See Court of Appeals Rule 23(a). She has failed to file a timely brief; accordingly, her appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,*  02/18/2026

  *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

  *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*